UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:22-cv-60621-AHS


RICHARD KLIMA,
               Plaintiff,

vs.

RAUSCH, STURM, LLP,
           Defendant,

_____/

## NOTICE OF FILING BILL OF COSTS

      Defendant, RAUSCH, STURM, LLP, hereby gives notice of filing of a proposed Bill of Costs for the above-referenced action.  Undersigned counsel certifies that he has conferred with Plaintiff's counsel Thomas Patti regarding the award of costs and attorney's fees in an effort to resolve the issue, and Plaintiff has declined at this time to agree to the entry of any attorney's fees or costs, and awaits the forwarding of the draft motion for attorney's fees and costs pursuant to Local Rule 7.3.

By: */s/ David P. Hartnett*_____
David P. Hartnett
Florida Bar No. 0946631
Hartnett Law P.A.
8900 S.W. 107th Avenue
Suite 301
Miami, FL  33176
Phone:  305 598-2000
Fax: 305-675-6171
Email:  dhartnett@thehartnettfirm.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2022, I have filed the foregoing with the Clerk of the Court who will use the CM/ECF system which will send a notice of electronic filing and a copy has been sent via e-mail (as well as through the notice of filing through the state court action) to the following:

**Service List:**

Jibrael S. Hindi
JIBRAEL S. HINDI, ESQ.
Florida Bar No.: 118259
Email: jibrael@jibraellaw.com
THOMAS J. PATTI,ESQ.
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:  954-907-1136
Fax:    855-529-9540