# Exhibit 1

RICHARD KLIMA
WEST PALM BCH, FL 33411



**RAUSCH STURM**

March 26, 2021

Dear RICHARD,

**ACCOUNT DETAILS**
**Name:** RICHARD KLIMA
**Our File Number:** ▮700
**Account No.:** ************8369
**Creditor to Whom the Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Account Balance:** $9,847.38

**Falling behind on your bills can feel overwhelming, but we are here to understand your situation.**

At Rausch Sturm, we understand that bad things happen and sometimes people fall behind on their obligations. Every day our Resolution Specialists work with people to find suitable payment arrangements to resolve their past due accounts.

We define our success by the positive outcomes we have reached with consumers on accounts placed in our office. We know you have a choice when it comes time to pay your bills each month and we sincerely appreciate you making our arrangement a priority.

The following are options that we can offer you to resolve your account:

**Discounted Payment Plan**
**First Payment Amount and Due Date**
**Second Payment Amount and Due Date**

**Proposed Payment Plan on the $9,847.38 Balance**
**First Payment Due Date**
**Monthly Due Date**



Paying your bill is easy. Let's review your options:

**ONLINE**
https://www.rauschsturm.com/payment-options

**BY PHONE**
▮-5991
TTY: 711

**BY MAIL**
Please send payments to:
**Rausch Sturm**
250 N. Sunnyslope Road
Suite 300
Brookfield, WI 53005

Our team is ready to help you get back on the right track!

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION.**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

*Rausch Sturm is the tradename for Rausch, Sturm, Israel, Enerson & Hornik LLP*

RAUSCH STURM

## IMPORTANT DISCLOSURES

Please note that the payment dates listed on page 1 are the deadlines for your payments **to be received in our office**, not the dates for you to send them to us. If your first payment is not received by the due date listed on page 1, this offer will expire.

Additional offers may be made to you in the future. If made, the additional offers may be more or less favorable to you than this one. Please note, however, that our client is not obligating itself to make any further offers.

If you accept the above arrangement, your account will remain in a collection status which will continue until the entire amount to be paid under the arrangement has been received in our office. If for any reason you default on your payment arrangement, any payments you have made will be credited against the balance due on the account, however the payment arrangement will be void.

We have amicably resolved the accounts of many consumers and would like the opportunity to resolve your account as well. Please call our office at ▇▇▇▇-5991 **TTY: 711** and let us try to find a resolution that fits your budget.

If you choose to make your payment by check, your check should be mailed to our office at the address listed above with your check payable to PORTFOLIO RECOVERY ASSOCIATES, LLC. Please include a copy of this letter with your check. Alternatively, your payment can be made on our web site at **https://www.rauschsturm.com/payment-options.**

*01*