# Exhibit 2

## Full and Final Release

Richard Klima and Portfolio Recovery Associates, LLC ("PRA") (together, the "Parties") wish to resolve the Debt (defined below) and any claims between them.

For the sole consideration of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ paid, and the elimination and waiver of any and all obligations related to U.S BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES Account Number ending #8369 with an approximate balance of $9,847.38 (the "Debt"), Richard Klima hereby releases and discharges PRA, and its officers, directors, members, employees, agents, representatives, law firms, attorneys, divisions, executors, successors, assigns, parent corporations, affiliates, to include, but not limited to, predecessors in interest with respect to the account(s) referenced herein, subsidiaries, shareholders and insurers from any and all claims, actions, causes of action, and demands, known or unknown, which Richard Klima has or may have arising out of PRA's and its attorneys and law firm's attempts to collect the Debt from Richard Klima.

It is further understood that the claimed injuries and damages and the legal liability therefore are disputed and denied, and that this Release is solely intended to compromise and terminate all claims for both known and unknown damages of whatever nature, including all future developments thereof, in any way growing out of or connected with or which may hereafter in any way grow out of or be connected with any attempt of PRA to collect the Debt.

It is expressly warranted by the undersigned that no promise or inducement has been offered except as herein set forth, that this Release is executed without reliance upon any statement or representation of the party released or its representatives, and that acceptance of the consideration, set forth herein, is in full accord and satisfaction of the disputed claim for which liability is expressly denied.

Page 1 of 2

Klima, Richard: ___RK___ / ___(signature)___
              Plaintiff Initials  PRA Initials



## CERTIFICATION

I, Richard Klima, declare under penalty of perjury that I have personally affixed my signature hereto after having read (or been read) the terms of this agreement; that I was afforded the opportunity to discuss the terms with my attorney prior to my signing the same; and that I have signed this agreement knowingly and voluntarily.

Signed this ____Oct 28, 2021____ day of _____, 2021 by,

_____
Richard Klima

Signed this __1st__ day of __Nov.__, 2021 by,

_____
Portfolio Recovery Associates, LLC
By: Steven R. Zahn
    Managing Counsel
Its: Compliance and Litigation

Page 2 of 2
Klima, Richard: __RK__ / __SZ__
                Plaintiff Initials   PRA Initials