# Exhibit 3



David Hartnett <dhartnett@thehartnettfirm.com>

## confirming enlargement of time and request to dismiss action - KLIMA, RICHARD VS RAUSCH STURM LLP

**David Hartnett** <dhartnett@thehartnettfirm.com>  Thu, Mar 17, 2022 at 6:07 PM
To: Jibrael Hindi <jibrael@jibraellaw.com>, Thomas Patti <tom@jibraellaw.com>
Cc: David Hartnett <dhartnett@thehartnettfirm.com>

Good afternoon Jibrael and Tom:

As we discussed on Monday, this confirms, with thanks, Plaintiff's agreement to a 20 day enlargement of time to respond to the complaint you have filed for Richard Klima vs Rausch Sturm LLP.  It is my understanding that Mr. Klima has released his claims against Rausch Sturm LLP.  A copy of the Release is attached.

Rausch Sturm requests that Mr. Klima dismiss the action against Rausch Sturm LLP in order to avoid the incurrence of any additional labor, attorney's fees and costs.

Very truly yours,

*Dave*

David P. Hartnett
Hartnett Law P.A.
8900 S.W. 107 Avenue
Suite 301
Miami, Florida 33176
Telephone: 305-598-2000
Facsimile: 305-675-6171
Cell:  305-205-1357
Email:  dhartnett@thehartnettfirm.com


The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.


---------- Forwarded message ---------
From: <eservice@myflcourtaccess.com>
Date: Thu, Mar 17, 2022 at 5:44 PM
Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 062022CC010299AXXXCE KLIMA, RICHARD VS RAUSCH STURM LLP
To:



Notice of Service of Court Documents

Filing Information

Filing #:        145948367
Filing Time:     03/17/2022 05:44:43 PM ET
Filer:           David P. Hartnett 305-205-1357
Court:           Seventeenth Judicial Circuit in and for Broward County, Florida
Case #:          062022CC010299AXXXCE
Court Case #:    COCE-22-010299

Case Style:     KLIMA, RICHARD VS RAUSCH STURM LLP

Documents

| Title | File |
|---|---|
| Notice Of Appearance | notice of appearance - Klima v Rausch Sturm LLP.pdf |
|  |  |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Thomas John Patti III | tom@jibraellaw.com |
|  | jibrael@jibraellaw.com |
|  | service@jibraellaw.com |
| Bryon Young | bryon@jibraellaw.com |
| Dean Gassert | dean@jibraellaw.com |
| Federico Martinez | federico@jibraellaw.com |
| David P. Hartnett | dhartnett@thehartnettfirm.com |
|  | dphlawpa@gmail.com |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| No Matching Entries |  |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:145948367;Audit#:497119468;UCN#:062022CC010299AXXXCE;

**2 attachments**


**Notice Of Appearance.pdf**
137K


**Release - Klima.pdf**
1515K