# Exhibit 6

Filing # 146515602 E-Filed 03/28/2022 11:27:16 AM

IN THE COUNTY COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Case No. COCE-22-010299

RICHARD KLIMA,

    Plaintiff,

vs.

RAUSCH STURM LLP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Richard Klima, by and through undersigned counsel, pursuant to Rule Fla. R. Civ. P. 1.420(a)(1), hereby files this Notice Voluntary Dismissal *without* Prejudice of the above styled action.

    DATED: March 28, 2022

                                                            Respectfully Submitted,

                                                            /s/ Thomas J. Patti
                                                          **JIBRAEL S. HINDI, ESQ.**
                                                          Florida Bar No.: 118259
                                                          E-mail:    jibrael@jibraellaw.com
                                                          **THOMAS J. PATTI, ESQ.**
                                                          Florida Bar No.: 118377
                                                          E-mail:    tom@jibraellaw.com
                                                          The Law Offices of Jibrael S. Hindi
                                                          110 SE 6th Street, Suite 1744
                                                          Fort Lauderdale, Florida 33301
                                                          Phone:     954-907-1136
                                                          Fax:        855-529-9540

                                                          *COUNSEL FOR PLAINTIFF*

.

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2022, the foregoing was electronically filed with the Clerk of the Court using the Florida e-filing system which will send a notice of electronic filing to all counsel of record.

    Respectfully Submitted,

    /s/ Thomas J. Patti          .
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com