UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.0:22-cv-60621-AHS

RICHARD KLIMA,

        Plaintiff,

vs.

RAUSCH STURM LLP,

        Defendant,
_____/

## DECLARATION OF DAVID HARTNETT

1. I, David P. Hartnett, hereby make this Declaration pursuant to 28 U.S.C. § 1746 and Fla. Stat. § 92.525. under penalty of perjury, and declare that the following is true and correct to the best of my knowledge.

2. I make this Declaration based on my own personal knowledge and belief, and in support of Defendant Rausch Sturm LLP's ("Rausch Sturm") Verified Motion for Attorney's Fees and Costs.

3. I am a member of the Florida Bar. I am a sole owner of the law firm Hartnett Law P.A.

4. I am an attorney that has been licensed to practice law in Florida since 1992. I am also admitted to practice law before the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the United States Court of Appeals for Eleventh Circuit. After my clerkship with the Honorable Thomas H. Barkdull, Jr., at the Florida Third District Court of Appeal in 1992-93, my practice has been devoted substantially to the litigation of commercial matters and representation of professionals, including the handling of various consumer-related

commercial claims on behalf of defendants in state and federal courts. My experience includes the handling of various cases related to claims of unfair debt collection practices, unfair and deceptive trade practices, truth in consumer lending and leasing, fair credit reporting violations, and related consumer tort claims such as defamation and intentional infliction of emotional distress. I have also represented defendants in class actions in the area of consumer torts and related statutory violations such as the Fair Debt Collection Practices Act ("FDCPA") and Florida Consumer Collection Practices Act ("FCCPA"). I have represented parties in hundred of cases in the Southern District of Florida in the past 29 years.

5. I currently work for my own firm, Hartnett Law P.A., and was the lead attorney that handled the defense of Rausch Sturm in connection with the claims filed by Plaintiff, Richard Klima in the above referenced action.

6. Hartnett Law P.A. was retained to represent Rausch Sturm in this litigation on February 28, 2022. The agreed upon rates charged by Hartnett Law P.A. for the defense of Rausch Sturm in this litigation are identified in the invoice(s) submitted in this matter, have been the following: $340 per hour for David P. Hartnett.

7. I have prepared and reviewed the Verified Motion for Attorney's Fees and Costs, and it is truthful and accurate as to the facts represented in the Motion – including all of the factual matters related to the communications with Plaintiff's counsel as asserted in the Motion.

8. In the past, both I and Hartnett Law P.A. have charged and received payment for hourly rates in South Florida at or above the rates charged in this matter for representing other clients in similar consumer-related tort actions and commercial matters.

9. I have fully reviewed the time records and data supporting Rausch Sturm's Verified Motion for Attorney's Fees and Costs, and the motion is well-grounded in fact and justified.

10. I have reviewed the invoice(s) attached hereto as Exhibit "A", which are incorporated by reference. The invoice(s) submitted identify the attorney's fees incurred by Rausch Sturm and the number of hours charged by each attorney through April 6, 2022. Hartnett Law P.A.'s invoice(s) identify the number of hours charged by each attorney. I have also reviewed the work-in-progress time amounts of an additional approximate of 12 hours of time, as an invoice has not been generated for those amounts as of this date. A supplemental affidavit for attorney's fees will be submitted as to the fees incurred through this motion.

11. As of this date, Hartnett Law P.A. has not been paid its invoiced attorney's fees yet, but understands that the remaining attorney's fees will be paid in the normal course of business.

12. Pursuant to Local Rule 7.3, 28 U.S.C. § 1927, 15 U.S.C. 1692k, and Fla. Stat. 559.77, and this Court's inherent authority, I hereby request the Court to approve compensation and reimbursement of expenses in favor of Rausch Sturm as follows:

| Attorney | No. of Hours | Hourly Rate | Total |
|---|---|---|---|
| David P. Hartnett | 6.3 | $340 | $2,142.00 |
| David P. Hartnett | supplemental fees to be filed in supplemental declaration | | |

Removal filing fee - $402.

13. Pursuant to Local Rule 7.3, 28 U.S.C. § 1927, 15 U.S.C. 1692k, and Fla. Stat. 559.77, and this Court's inherent authority, I hereby request the Court to approve compensation and reimbursement of expenses in favor of Rausch Sturm for supplemental attorney's fees and costs to be submitted.

Signed under the pains and penalties of perjury this 30th day of June, 2022.

_____
David P. Hartnett

# Exhibit A

# Hartnett Law P.A. # INVOICE

13611 S Dixie Hwy, Ste 507
Miami, Florida 33176-7258
United States
Phone: 305-205-1357
Fax: 305-675-6171
Email: dhartnett@thehartnettfirm.com

Invoice # 255
Date: 04/22/2022
Due On: 05/22/2022

Rausch Sturm LLP
5500 South Quebec St, Suite 260
Greenwood Village, CO 80111
3038244634

## 22-02-00003

## Richard Klima v Rausch Sturm LLP

**Client Reference Number:**

### Services

| Atty | Date | Description | Hours | Total |
|---|---|---|---|---|
| DPH | 02/28/2022 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: review new assignment re: Klima v Rausch Sturm, including review of correspondence from general counsel L. Garcia, review complaint, review for conflicts, check state court docket, and initial analysis of claims asserted, and review Interrogatories, Request for Production and Request for Admissions served with Complaint | 1.30 | $442.00 |
| DPH | 03/02/2022 | A104 Review/analyze L110 Fact Investigation/Development: review correspondence from general counsel L. Garcia and review release by Klima in favor of PRA and its representatives, including counsel | 0.20 | $68.00 |
| DPH | 03/10/2022 | A106 Communicate (with client) L120 Analysis/Strategy: review correspondence from general counsel E. Garcia re: strategy for future handling; prepare correspondence to general counsel E. Garcia re: same | 0.10 | $34.00 |
| DPH | 03/14/2022 | A107 Communicate (other outside counsel) L110 Fact Investigation/Development: telephone conference with J. Hindi re: filing of complaint and release that appears applicable, as well as agreement for enlargement of time to respond to complaint | 0.10 | $34.00 |
| DPH | 03/17/2022 | A103 Draft/revise L250 Other Written Motions and Submissions: prepare notice of appearance | 0.20 | $68.00 |

| | | | | |
|---|---|---|---|---|
| DPH | 03/17/2022 | A103 Draft/revise L250 Other Written Motions and Submissions: prepare agreed motion for enlargement of time to respond to complaint | 0.40 | $136.00 |
| DPH | 03/17/2022 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions: prepare correspondence to Plaintiff's counsel Hindi and Patti re: confirmation of agreement for motion for enlargement of time, and enclosing release and demanding dismissal of claim | 0.20 | $68.00 |
| DPH | 03/18/2022 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: review correspondence from general counsel E. Garcia re: status update request; prepare correspondence to general counsel E. Garcia re: same and enlargement of time agreement and initial discussion with Plaintiff's counsel re: advising that release appeared to bar claim | 0.20 | $68.00 |
| DPH | 03/18/2022 | A107 Communicate (other outside counsel) L110 Fact Investigation/Development: review correspondence from Plaintiff's counsel Hindi asking to show him language that client was released | 0.10 | $34.00 |
| DPH | 03/18/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: review correspondence from general counsel E. Garcia re: collection letter at issue, and review letter | 0.10 | $34.00 |
| DPH | 03/18/2022 | A106 Communicate (with client) L120 Analysis/Strategy: Plaintiff's counsel general counsel E. Garcia re: status update and analysis of claim, collection letter and release, and strategy for future handling | 0.30 | $102.00 |
| DPH | 03/18/2022 | A106 Communicate (with client) L120 Analysis/Strategy: telephone conference with general counsel E. Garcia re: status update and strategy for future handling | 0.20 | $68.00 |
| DPH | 03/18/2022 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration: prepare correspondence to Plaintiff's counsel Hindi responding to his request for specific language relied upon supporting release defense, including referenced to release language and complaint | 0.30 | $102.00 |
| DPH | 03/26/2022 | A103 Draft/revise L250 Other Written Motions and Submissions: prepare notice of removal | 0.80 | $272.00 |
| DPH | 03/26/2022 | A103 Draft/revise L250 Other Written Motions and Submissions: prepare civil cover sheet for filing removal papers | 0.30 | $102.00 |
| DPH | 03/26/2022 | A103 Draft/revise L250 Other Written Motions and Submissions: review and assemble state court filings and prepare exhibits for notice of removal | 0.30 | $102.00 |
| DPH | 03/28/2022 | A104 Review/analyze L250 Other Written Motions and Submissions: review order requiring joint scheduling report - Federal action | 0.10 | $34.00 |
| DPH | 03/28/2022 | A104 Review/analyze L250 Other Written Motions and Submissions: review plaintiff's notice of voluntary dismissal without prejudice - Florida action | 0.10 | $34.00 |
| DPH | 03/28/2022 | A104 Review/analyze L250 Other Written Motions and | 0.10 | $34.00 |

| | | | | |
|---|---|---|---|---|
| | | Submissions: review order requiring filing of certificates of certificates interested parties - Federal action | | |
| DPH | 03/28/2022 | A104 Review/analyze L250 Other Written Motions and Submissions: review notice of court practice for motions and other filings - Federal action | 0.10 | $34.00 |
| DPH | 03/28/2022 | A104 Review/analyze L250 Other Written Motions and Submissions: review notice of judicial assignments - Federal action | 0.10 | $34.00 |
| DPH | 03/31/2022 | A104 Review/analyze L240 Dispositive Motions: review order dismissing federal action without prejudice | 0.10 | $34.00 |
| DPH | 03/31/2022 | A104 Review/analyze L240 Dispositive Motions: review Plaintiff's notice of voluntary dismissal without prejudice - Federal action | 0.10 | $34.00 |
| DPH | 04/06/2022 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: review correspondence from E. Garcia re: status update request | 0.10 | $34.00 |
| DPH | 04/06/2022 | A106 Communicate (with client) L120 Analysis/Strategy: prepare correspondence to general counsel E. Garcia re: status update and strategy for future handling | 0.40 | $136.00 |
| | | **Quantity Subtotal** | | **6.3** |
| | | **Services Subtotal** | | **$2,142.00** |

## Expenses

| Service | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/26/2022 | E112 Court fees: 2022 - receipt for removal - Klima v Rausch Sturm | 1.00 | $402.00 | $402.00 |
| | | **Expenses Subtotal** | | | **$402.00** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| David Hartnett | 6.3 | $340.00 | $2,142.00 |
| | **Quantity Total** | | **6.3** |
| | **Subtotal** | | **$2,544.00** |
| | **Total** | | **$2,544.00** |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ( $0.00 | + $2,544.00 ) - ( | $0.00 ) = | $2,544.00 |

Please make all amounts payable to: Hartnett Law P.A. - Federal Tax ID 81-2942948

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 255 | 05/22/2022 | $2,544.00 | $0.00 | $2,544.00 |
| | | | **Outstanding Balance** | **$2,544.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$2,544.00** |

Please make all amounts payable to: Hartnett Law P.A. - Federal Tax ID # 81-2942948

Please pay within 30 days.