

David Hartnett <dhartnett@thehartnettfirm.com>

## Re: Klima v Rausch Sturm - motion for attorney's fees and costs
1 message

**Thomas Patti** <tom@jibraellaw.com>   Thu, May 26, 2022 at 6:37 PM
To: David Hartnett <dhartnett@thehartnettfirm.com>
Cc: Jennifer Simil <jen@jibraellaw.com>, Jibrael Hindi <jibrael@jibraellaw.com>

Hi, David

Thank you for the call

As discussed, please enlighten me as to my misunderstanding, because in my eyes, you're putting the cart ahead of the horse.

You are demanding that I give you a written response for each line item you are entitled to fees on, but you haven't established any entitlement or agreement to fees.

You first need to seek an award of attorneys fees and only if you win and the court awards you reasonable attorneys fees, then the parties confer over the attorneys fees sough.

I will, of course, respond to the motion once it is filed per the rules, but I don't understand your reading of the rule. Please help me understand so we can handle this correctly because, make no mistake, Plaintiff opposes Defendant claim that it is entitled to attorneys fees. From what I under, Defendant claims it is entitled to fees under the bad faith standard of the FDCPA, but if that is the case, Defendant has to first show bad faith before 7.3 is triggered.

Help me understand so we can be efficient here.

> On Thu, May 26, 2022 at 6:15 PM David Hartnett <dhartnett@thehartnettfirm.com> wrote:
>
> Tom
>
> I have no record of any call, and our receptionist does not have any record of a call either.
>
> I think you are wrong as to your position of not having to supply the movant with a written response for the meet and confer.
>
> I'll call you now.
>
>
> Very truly yours,
>
> *Dave*
>
> David P. Hartnett
> Hartnett Law P.A.
> 8900 S.W. 107 Avenue
> Suite 301
> Miami, Florida 33176
> Telephone: 305-598-2000
> Facsimile: 305-675-6171
> Cell:  305-205-1357
> Email:  dhartnett@thehartnettfirm.com
>
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended

recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

On Thu, May 26, 2022 at 2:32 PM Thomas Patti <tom@jibraellaw.com> wrote:
> Hi, David -
>
> I just tried calling you about this.
>
> Local Rule 7.3 involves agreed-to attorneys fees, such as those following an accepted offer of judgment where the offeror agreed to pay reasonable attorneys fees.
>
>> Rule 7.3(a) **Motions for Attorneys' Fees and/or Non-Taxable Expenses and Costs**. This rule provides a mechanism to assist parties in resolving attorneys fee and costs disputes **by agreement**. A motion for an award of attorneys' fees and/or non-taxable expenses and costs arising from the entry of a final judgment or order shall not be filed until a good faith effort to resolve the motion, as described in paragraph (b) below, has been completed. The Motion shall:
>>
>> ...
>>
>> (2) <u>identify the judgment or other order which gives rise to the motion, as well as the statute, rule, or other grounds entitling the moving party to the award</u>;
>
> Defendant does not have an entitlement to attorneys fees as a matter of law or contract. Please direct me to the agreement wherein Plaintiff agreed to pay Defendant's attorneys fees if I am wrong.
>
> Regardless, Defendant's presumptive attempt to collect attorneys fees is an attempt to collect a debt that Defendant is not entitled.
>
> Please return my call to discuss further.
>
> Sincerely,
>
> ## Thomas J. Patti, Esq.
>
> **Law Offices of Jibrael S. Hindi, PLLC**
>
> 110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301
> Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974
>
>
> On Wed, May 25, 2022 at 7:12 PM David Hartnett <dhartnett@thehartnettfirm.com> wrote:
>> Tom
>>
>> I am following up on our telephone conversation this afternoon. As discussed, I called you to inquire about whether Plaintiff would be sending me any written response to the motion to fees in Klima in compliance with the local rules - specifically Local Rule 7.3. You told me you didn't read the rule to obligate your side to provide a written response to the draft motion prior to the actual filing of the motion for fees and costs. I disagree. Local Rule 7.3 provides that a written response is required, and states as follows:
>>
>>> (b) Good Faith Effort to Resolve Issues by Agreement. Except as to any aspect of a fee claim upon which the parties agree, a draft motion compliant with Local Rule 7.3(a)(1)-(8) must be served but not filed at least thirty (30) days prior to the deadline for filing any motion for attorneys' fees and/or costs that is governed by this Local Rule. Within twenty-one (21) days of service of the draft motion, the parties shall confer and attempt in good faith to agree on entitlement to and the amount of fees and expenses not taxable under 28 U.S.C. § 1920. T<u>he respondent shall describe in writing and with reasonable particularity each time entry or nontaxable expense to which it objects, both as to issues of entitlement and as to amount, and shall provide supporting legal authority.</u> If a federal statute provides a deadline of fewer than sixty (60) days for a motion governed by Local Rule 7.3(a), the parties need not comply with this paragraph's requirements.
>>
>> As I told you, I don't want to file the motion without giving Plaintiff the accommodation of an additional opportunity to comply with Local Rule 7.3 and provide a written response such that we can have a meaningful meet and confer

as contemplated under Local Rule 7.3(b).  You advised you would review the rule and get back to me.  I will be out tomorrow morning attending to a family medical evaluation.

Finally, this also confirms that we will be including the filing fee into the motion for fees and costs, since as of this time, the Clerk has not issued a Bill of Costs regarding the filing fee cost we submitted.

My suggestion is that we move the court for an extension of the 60 day requirement to file the motion for fees and costs for an additional 14 days so that Plaintiff can send over the required written response to the draft.   I suggest asking the court to lengthen the time to file the motion by 15 days, and Plaintiff send over the written response to the draft motion by next May 31 so we can confer sometime next week.

Let me know your thoughts.


Very truly yours,

*Dave*

David P. Hartnett
Hartnett Law P.A.
8900 S.W. 107 Avenue
Suite 301
Miami, Florida 33176
Telephone: 305-598-2000
Facsimile: 305-675-6171
Cell:  305-205-1357
Email:  dhartnett@thehartnettfirm.com


The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.


On Wed, May 11, 2022 at 10:40 AM David Hartnett <dhartnett@thehartnettfirm.com> wrote:
> Good morning Tom
>
> Rausch Sturm will be moving forward with the motion for attorney's fees and costs.
>
> Very truly yours,
>
> *Dave*
>
> David P. Hartnett
> Hartnett Law P.A.
> 8900 S.W. 107 Avenue
> Suite 301
> Miami, Florida 33176
> Telephone: 305-598-2000
> Facsimile: 305-675-6171
> Cell:  305-205-1357
> Email:  dhartnett@thehartnettfirm.com
>
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

On Tue, May 10, 2022 at 11:05 AM Thomas Patti <tom@jibraellaw.com> wrote:
> Hi, David -
>
> Following up.
>
> Sincerely,
>
> ## Thomas J. Patti, Esq.
>
> **Law Offices of Jibrael S. Hindi, PLLC**
>
> 110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301
>
> Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974
>
>
> On Wed, May 4, 2022 at 11:08 AM Thomas Patti <tom@jibraellaw.com> wrote:
>> HI, David -
>>
>> Does your client have a response - or is your client ready to proceed?
>>
>> Sincerely,
>>
>> ## Thomas J. Patti, Esq.
>>
>> **Law Offices of Jibrael S. Hindi, PLLC**
>>
>> 110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301
>>
>> Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974
>>
>>
>> On Fri, Apr 29, 2022 at 8:41 AM Thomas Patti <tom@jibraellaw.com> wrote:
>>> Hi, David -
>>>
>>> Your client was not expressly released as part of the provided agreement. Our office dismissed your client as a professional courtesy.
>>>
>>> Plaintiff will be amending to bring your client back into this case.
>>>
>>> Further, Plaintiff is entitled to discovery to determine the extent of your client's claimed involvement in the release.
>>>
>>> Please ensure your client maintains all records, as we will be seeking a physical inspection of client's records, along with an inspection of your client's purported in-house mailing practices.
>>>
>>> My hourly rate is $500, Jibrael Hindi's hourly rate is $600.
>>>
>>> Sincerely,
>>>
>>> ## Thomas J. Patti, Esq.
>>>
>>> **Law Offices of Jibrael S. Hindi, PLLC**
>>>
>>> 110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301
>>>
>>> Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974
>>>
>>>
>>> On Fri, Apr 29, 2022 at 12:57 AM David Hartnett <dhartnett@thehartnettfirm.com> wrote:
>>>> Dear Tom:

> As I discussed with you earlier today, I have been requested to seek attorney's fees and costs on behalf of Rausch Sturm LLP related to the action pursued by Richard Klikma.  Attached is a draft motion for attorney's fees and costs related to the Klima matter, as well as the bill and exhibits.  Thanks for your accommodation
>
> Please let me know whether Plaintiff and counsel agree to pay Rausch Sturm LLP the attorney's fees and costs sought.
>
> Very truly yours,
>
> *Dave*
>
> David P. Hartnett
> Hartnett Law P.A.
> 8900 S.W. 107 Avenue
> Suite 301
> Miami, Florida 33176
> Telephone: 305-598-2000
> Facsimile: 305-675-6171
> Cell:  305-205-1357
> Email:  dhartnett@thehartnettfirm.com
>
>
> The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

--
Sincerely,

Thomas J. Patti, Esq.
Law Office of Jibrael S. Hindi, PLLC
Direct: 561-542-8550